UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | Case No. _____ |
| Plaintiff | |
| vs. | *Original action pending in the United States District Court for the Southern District of New York, Civil Action No. 08- CV 9695 (BSJ)(DCF)* |
| INVISTA North America S.à.r.l., INVISTA Technologies S.à.r.l., INVISTA S.à.r.l., KoSa B.V. and Invista B.V. | |
| Defendants | |

## ORDER

This matter having come before this Court upon the Motion of INVISTA North America S.à.r.l., INVISTA Technologies S.à.r.l., INVISTA S.à.r.l., KoSa B.V. and Invista B.V. (collectively, "Movants") to quash the subpoena issued to Ashland, Inc. ("Ashland") by E.I. Du Pont De Nemours and Company ("DuPont"), and the Court being sufficiently advised

IT IS HEREBY ORDERED THAT:

1. Movants' Motion is GRANTED; and

2. The subpoena to Ashland by DuPont shall be, and hereby is, QUASHED.